IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HILL, LISA SCHEMES, LATASHA TAYLOR, RONNIE HEIMBACH, JR., VANESSA HEIMBACH, WENDY BAEZ, FRANCIS P. ANUSKY, MICHAEL BETHUNE, RENITA BETHUNE, PAUL LYSEIGHT, JOANN LYSEIGHT and CAROLYN GALLICK, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> FLAGSTAR BANK, FSB, FLAGSTAR REINSURANCE COMPANY, GENWORTH MORTGAGE INSURNACE CORP., REPUBLIC MORTGAGE INSURNACE CO., MORTGAGEGUARANTY INSURANCE CORP., and RADIAN GUARANTY INC. <br><br> *Defendants*. | **Civil Action** <br> **No. 12-CV-02770-BMS** |

### DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6).

Defendant Republic Mortgage Insurance Company ("RMIC") hereby moves to dismiss all claims asserted against it pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support of this motion, RMIC submits the accompanying memorandum of law, which is incorporated by reference herein.

1

                                        Respectfully submitted,

Dated: March 27, 2013                **KAUFMAN, COREN & RESS, P.C.**
By: */s/ Steven M. Coren*
Steven M. Coren
Bruce Bodner
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215-735-8700
Facsimile: 215-735-5170
Email: scoren@kcr-law.com

**BOURLAND & KIRKMAN, L.L.P.**
William L. Kirkman
Bourland & Kirkman, LLP
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: 817-336-2800, ext. 122
Facsimile: 817-877-1863
Email: billk@bourlandkirkman.com
*Attorneys for Defendant*
*Republic Mortgage Insurance Co.*