UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HILL, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| v. : | Civil Action No.: 12-CV-02770-BMS |
| : | |
| FLAGSTAR BANK, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO <u>DEFENDANT REPUBLIC MORTGAGE INSURANCE CO.</u>**

PLEASE TAKE NOTICE that Plaintiffs hereby dismiss, without prejudice, all claims asserted in this action against Defendant Republic Mortgage Insurance Co., and against that Defendant only. This action remains pending and is not dismissed as to any other Defendant. Each side shall bear its own costs incurred in this litigation. Plaintiffs' dismissal is pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure on the grounds that this Defendant has not served an answer or moved for summary judgment in this action.

Dated: March 27, 2013                    Respectfully submitted,

                                         **KESSLER TOPAZ
                                         MELTZER & CHECK, LLP**

                                          */s/ Edward W. Ciolko*
                                         Edward W. Ciolko
                                         280 King of Prussia Road
                                         Radnor, PA  19087
                                         Telephone: (610) 667-7706
                                         Facsimile: (610) 667-7056

                                         *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                                */s/ Edward W. Ciolko*
                                                Edward W. Ciolko