## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HILL, *et al.,* | Civil Action No.: 12-cv-02770-BMS |
| Plaintiffs, | **FILED** |
| v. | AUG 2 1 2013 |
| FLAGSTAR BANK, FSB, *et al.,* | MICHAEL E. KUNZ, Clerk |
| Defendants. | By_____ Dep. Clerk |

### JOINT STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Christine Hill, Lisa Schemes, Latasha Taylor, Ronnie Heimbach, Jr., Vanessa Heimbach, Wendy Baez, Francis P. Anusky, Michael Bethune, Retina Bethune, Paul Lyseight, JoAnn Lyseight, and Carolyn Gallick and Defendants Flagstar Bank, FSB, Flagstar Reinsurance Company, Genworth Mortgage Insurance Corp., Radian Guaranty Inc., and Mortgage Guaranty Insurance Corp. ("MGIC") that MGIC is hereby dismissed from this action without prejudice.

This action and all other claims against Defendants remain pending. Each side shall bear their own costs to date incurred in this litigation.

Dated August 19, 2013          Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

/s/Edward W. Ciolko
Edward W. Ciolko
Terence S. Ziegler
Amanda R. Trask
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Counsel for Plaintiffs and the Proposed Class*

**FOLEY & LARDNER LLP**

/s/
_____

Max B. Chester
Bruce E. Rende
Mark A. Martini
777 East Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
***Counsel for Defendant Mortgage Guaranty
Insurance Corp.***

**GOODWIN PROCTER LLP**

/s/
_____

Matthew S. Sheldon
Andrew K. Stutzman
Thomas M. Hefferon
William T. Mandia
901 New York Ave NW
9th Fl. East
Washington, DC 20001
202-346-4027
***Counsel for Defendants Flagstar Bank FSB and
Flagstar Reinsurance Company***

**DENTON US LLP**

/s/
_____

Reid L. Ashinoff
Aya M. Salem
Nicholas M. Centrella
1221 Avenue of The Americas
New York, NY 10020-1089
212-768-6730
***Counsel for Defendant Genworth Mortgage
Insurance Company***

**SCHNADER HARRISON
SEGAL & LEWIS LLP**

/s/_____
Stephen A. Fogdall
David Smith
Theresa E. Loscalzo
1600 Market St.
Ste. 3600
Philadelphia, Pa 19103
215-751-2000
Email: sfogdall@schnader.com
*Counsel for Defendant Radian Guaranty Inc.*

IT IS SO ORDERED:

Date: August ___, 2013

Hon. Berle M. Schiller
United States District Judge

-3-