# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HILL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FLAGSTAR BANK, FSB, *et al.*, <br><br> Defendants. | Civil Action No.: 12-cv-02770-BMS |

**FILED**
AUG 2 2 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JOINT STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Christine Hill, Lisa Schemes, Latasha Taylor, Ronnie Heimbach, Jr., Vanessa Heimbach, Wendy Baez, Francis P. Anusky, Michael Bethune, Retina Bethune, Paul Lyseight, JoAnn Lyseight, and Carolyn Gallick and Defendants Flagstar Bank, FSB, Flagstar Reinsurance Company, Genworth Mortgage Insurance Corp., Radian Guaranty Inc. ("Radian"), and Mortgage Guaranty Insurance Corp. that Radian is hereby dismissed from this action without prejudice.

This action and all other claims against Defendants remain pending. Each side shall bear their own costs to date incurred in this litigation.

Dated August 20, 2013          Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

/s/Edward W. Ciolko
Edward W. Ciolko
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Counsel for Plaintiffs and the Proposed Class

**FOLEY & LARDNER LLP**

/s/ Max B. Chester
Max B. Chester
777 East Wisconsin Ave.
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
***Counsel for Defendant Mortgage Guaranty Insurance Corp.***

**GOODWIN PROCTER LLP**

/s/ Matthew S. Sheldon
Matthew S. Sheldon
901 New York Ave NW
9th Fl. East
Washington, DC 20001
202-346-4027
Email: msheldon@goodwinprocter.com
Counsel for Defendants Flagstar Bank FSB and Flagstar Reinsurance Company

**DENTON US LLP**

/s/ Reid L. Ashinoff
Reid L. Ashinoff
1221 Avenue of The Americas
New York, NY 10020-1089
212-768-6730
Email: reid.ashinoff@dentons.com
Counsel for Defendant Genworth Mortgage Insurance Company

**SCHNADER HARRISON SEGAL & LEWIS LLP**

/s/ Steven A. Fogdall
Stephen A. Fogdall
1600 Market St.
Ste. 3600
Philadelphia, Pa 19103
215-751-2000
Email: sfogdall@schnader.com
Counsel for Defendant Radian Guaranty Inc.

IT IS SO ORDERED:

Date: August 2, 2013

_____
Hon. Berle M. Schiller
United States District Judge